IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HECTOR SANCHEZ | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO.: 4:09-CV-1736 |
| PROPERTY AND CASUALTY | § | |
| INSURANCE COMPANY OF | § | |
| HARTFORD, IRENE BERNARDO | § | |
|     Defendants. | § | |

**ORDER ON PLAINTIFF HECTOR SANCHEZ AND DEFENDANT PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD'S AGREED MOTION TO EXTEND TIME FOR PLAINTIFF TO PROVIDE EXPERT REPORTS UNDER FRCP RULE 26(a)(1)**

The Court, having considered *Plaintiff Hector Sanchez's Agreed Motion to Extend Time for Plaintiff to Provide Expert Reports Under FRCP Rule 26(a)(1)*, is of the opinion that the Motion is meritorious and is therefore GRANTED

It is, therefore, ORDERED that both Plaintiff Hector Sanchez and Defendant Property and Casualty Insurance Company of Hartford will have an additional 45 days to produce their expert reports in the above matter.

SIGNED this ___4th___ day of ___May_____, 2010.

_____
Nancy F. Atlas
United States District Judge